USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   6/2/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            Plaintiff,

-against-

RIVERBAY CORPORATION,

           Defendant.

**ORDER**

15-CV-4180 (VEC)

VALERIE CAPRONI, United States District Judge:

    WHEREAS the parties have entered into a Consent Decree dismissing the Complaint in this action without prejudice; and

    WHEREAS the parties stipulate that the United States may reinstate the Complaint at any time during the duration of the Consent Decree if Defendant does not comply with its obligations under the Consent Decree;

    IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to close the case.

2. The parties are directed to submit joint status reports to the Court every six months. The next status report shall be filed December 1, 2015.

**SO ORDERED.**

**Date: June 2, 2015**
**New York, New York**

                                                                     *(signature)*
**VALERIE CAPRONI**
**United States District Judge**